| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Westside Tow and Transport Inc.** | | | | | | |
| Bankruptcy Case: | **Shift Technologies, Inc.** | | | | | | |
| Preference Period: | **Jul 11, 2023 - Oct 9, 2023** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092101 - 8606393 | $22,000.00 | 9/22/2023 | 4920 | 9/13/2023 | $22,000.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092901 - 6558885 | $5,400.00 | 9/29/2023 | 4923 | 9/13/2023 | $1,800.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092901 - 6558885 | $5,400.00 | 9/29/2023 | 4922 | 9/13/2023 | $1,800.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092901 - 6558885 | $5,400.00 | 9/29/2023 | 4921 | 9/13/2023 | $1,800.00 |

**Totals:** **2 transfer(s),** **$27,400.00**

Westside Tow and Transport Inc. (2283463)
Bankruptcy Case: Shift Technologies, Inc.
Oct 6, 2025

Case: 25-03067   Doc# 1-1   Filed: 10/08/25   Entered: 10/08/25 11:30:05   Page 1 of 1

Exhibit A

P. 1